May 6, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

BRANDON JAMES ANGEL-CROWELL, Appellant

NO. 14-13-00313-CR                         V.
NO. 14-13-00314-CR

THE STATE OF TEXAS, Appellee
_____

This cause was heard on the motion of the appellant to withdraw notices of appeal. Having considered the motion the Court orders the appeals **DISMISSED**.

We order appellant pay all costs expended in the appeals.

We further order the mandates be issued immediately. We further order this decision certified below for observance.